# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

RONALD PAUL BIGELOW,

Debtor

Chapter: 13
Case No. 2:20-bk-00318-DPC

NOTICE OF LODGED STIPULATED ORDER VACATING DISMISSAL AND REINSTATING CASE

Notice is hereby given that the above-named Debtor, lodged the order vacating dismissal and reinstating case in the above-captioned bankruptcy.

Dated: May 4, 2020

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018