| Fill in this information to identify the case: |
|---|
| Debtor 1  RONALD PAUL BIGELOW |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the: _____ District of Arizona (State) |
| Case number  2:20-bk-00318-DPC |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PHH Mortgage Corporation

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 5104

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 2/28/2020 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Plan Review | 1/29/2020 | (11) | $ 150.00 |
| 12. Other. Specify: Prep/analysis of 410A Form | 2/28/2020 | (12) | $ 250.00 |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     page 1

| Debtor 1 | RONALD PAUL BIGELOW | | Case number (if known) 2:20-bk-00318-DPC |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X *Janet M Spears*
Signature

Date 4 / 9 / 2020

Print: Janet M. Spears
First Name   Middle Name   Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Dr. Suite 200; P.O. Box 17933
Number   Street
San Diego    CA    92177
City    State    ZIP Code

Contact phone ( 858 ) 750 – 7600

Email jspears@aldridgepite.com

# Aldridge Pite LLP

PO BOX 935333

Atlanta, GA 31193 5333

Phone No: (404) 994-7400

Fax No: (888) 246-7307

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

PHH Mortgage  
Andrea Jenkins  
2001 Bishops Gate Blvd  
Mount Laurel, NJ 08054  

Re: BIGELOW RONALD P  
12247W PRICKLY PEAR TRL  
PEORIA, AZ 85383 0000  

Loan #: ███████  
Loan Type: FHA  
Inv. ID / Cat. ID: 59J / 040  
Cost Center:  
FHA Case No: 752878  
GSE Code: G  
GSE REO Rem. Code:  

Original Mortgage Amount: $275,910.00  
Litigation Status Code:  
Man Code: B  
BK Case No: 2:20-bk-00318-DPC  
BK Chapter: 13  

Invoice #: ███████  
Invoice Status: ACH Confirmed  
Input By: Carin Hadfield  
Date Submitted: 2/3/2020  
Invoice Date: 1/30/2020  
Vendor Ref #: ███████  
Vendor Code: ALDRIDGE  

Payee Code: FALDRIDGE  
Type: Non Judicial  
Referral Date 1/26/2020  

Acquisition Date:  
Paid in Full Date: N/A  
Foreclosure Removal N/A  
HiType 1  
Class Code  

Invoice ID: ███████  
Asset Number:  
Outsourcer:  

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/3/2020 | 2/25/2020 | 2/25/2020 | | 2/25/2020 | 2/25/2020 | 2/27/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | | 01/29/2020 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |

**Note: Plan Review Recoverable**

| | | | | | | $150.00 | $0.00 | $150.00 |
|---|---|---|---|---|---|---|---|---|

**Total:** $150.00 $0.00 $150.00

**Invoice Level Exceptions**  
None

**Invoice Level Comment**  
The classification of a fee and/or cost identified in this invoice as recoverable is based on our firm's review of the loan documents, underlying bankruptcy case, and/or default status of this account as of the time the fee and/or costs was incurred.

Execution Date Time: 04/02/2020 12:05:51 PM   Pages: 1/3

# Aldridge Pite LLP

PO BOX 935333

Atlanta, GA 31193 5333

Phone No: (404) 994-7400

Fax No: (888) 246-7307

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | ▓▓▓▓▓▓ |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Tamara Saucer |
| Mount Laurel, NJ 08054 | | Date Submitted: | 3/4/2020 |
| Re: | BIGELOW RONALD P | Invoice Date: | 2/28/2020 |
| | 12247W PRICKLY PEAR TRL | Vendor Ref #: | ▓▓▓▓▓▓ |
| | PEORIA, AZ 85383 0000 | Vendor Code: | ALDRIDGE |
| Loan #: | ▓▓▓▓▓▓ | Payee Code: | FALDRIDGE |
| Loan Type: | FHA | Type: | Non Judicial |
| Inv. ID / Cat. ID: | 59J / 040 | | |
| Cost Center: | | Referral Date | 2/26/2020 |
| FHA Case No: | 752878 | | |
| GSE Code: | G | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $275,910.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | B | | |
| BK Case No: | 2:20-bk-00318-DPC | | |
| BK Chapter: | 13 | | |

Invoice ID: ▓▓▓▓▓▓
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 3/4/2020 | 3/20/2020 | 3/20/2020 | | 3/20/2020 | 3/20/2020 | 3/25/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Bankruptcy Fee | | | 02/28/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note: Prep and/or analysis of Official 410A form Recoverable** | | | | | | | | |
| Attorney Fees - Proof of Claim | | | 02/28/2020 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |
| **Note: Proof of Claim Recoverable** | | | | | | | | |
| | | | | | | $750.00 | $0.00 | $750.00 |
| **Total:** | | | | | | $750.00 | $0.00 | $750.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
N/A

Execution Date Time: 04/02/2020 12:05:51 PM       Pages: 1/3

| | |
|---|---|
| 1 | Janet M. Spears (SBN 023833) |
| | jspears@aldridgepite.com |
| 2 | David E. McAllister (SBN 021551) |
| | dmcallister@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for PHH Mortgage Corporation |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA - PHOENIX DIVISION**

| | |
|---|---|
| In re | Chapter 13 |
| RONALD PAUL BIGELOW, | Case No. 2:20-BK-00318-DPC |
| Debtor. | **PROOF OF SERVICE** |

I, Victoria A. Figueroa, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on May 13, 2020. Service was accomplished by the method and to the following as indicated:

**BY ELECTRONIC NOTICE OR FIRST CLASS MAIL**

RONALD PAUL BIGELOW
12247 W. PRICKLY PEAR TRAIL
PEORIA, AZ 85383
(Via U.S. Mail)

Thomas Adams McAvity
tom@nwrelief.com
(Via Email)

1  CASE NO. 2:20-bk-00318-DPC
**PROOF OF SERVICE**

Edward J. Maney
service@maney13trustee.com
(Via Email)

U.S. Trustee
USTPRegion14.PX.ECF@USDOJ.GOV
(Via Email)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2020            /s/ Victoria A. Figueroa
                               VICTORIA A. FIGUEROA